No. 85–289. UNITED STATES DEPARTMENT OF TRANSPORTATION ET AL. *v.* PARALYZED VETERANS OF AMERICA ET AL. C. A. D. C. Cir. Certiorari granted.

No. 85–363. NEW YORK *v.* P. J. VIDEO, INC., DBA NETWORK VIDEO, ET AL. Ct. App. N. Y. Certiorari granted.

No. 84–1972. FEDERAL DEPOSIT INSURANCE CORPORATION *v.* PHILADELPHIA GEAR CORP. C. A. 10th Cir. Motion of Council on International Banking, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 85–162. NEW MEXICO *v.* EARNEST. Sup. Ct. N. M. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–410. MEMPHIS COMMUNITY SCHOOL DISTRICT ET AL. *v.* STACHURA. C. A. 6th Cir. Certiorari granted limited to Questions I and III presented by the petition.

No. 85–5487. SMITH *v.* SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition. Reported below: 769 F. 2d 170.

No. 84–1826. PREVATTE *v.* GIBSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 84–1845. SORENSEN *v.* FITZGERALD, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 84–1872. CONSOLIDATED RAIL CORPORATION *v.* HALLAMORE MOTOR TRANSPORTATION, INC. Sup. Jud. Ct. Mass. Certiorari denied.